UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62046-CIV-ZLOCH/ROSENBAUM

DANIEL LUGO,

        Plaintiff,

v.

ANAND ENTERPRISE, INC. and
THE LESTER LEMKE, JR. TRUST,

        Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 10th day of October, 2011.

        s/Drew M. Levitt
        DREW M. LEVITT, ESQ.
        Florida Bar No: 782246
        E-mail: DML2@bellsouth.net
        LEE D. SARKIN, ESQ.
        Florida Bar No. 962848
        E-mail: lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile  (561) 994-0837